UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80153-Cr-Hurley

UNITED STATES OF AMERICA,

v.

JAMES ROMAN,

       Defendant.

_____/

REPORT & RECOMMENDATION

     Defendant, JAMES ROMAN, appeared before the Court on April 1, 2016, represented by counsel, for a hearing on violation of supervised release. Defendant was originally convicted of possession with intent to distribute at least five grams of crack cocaine, in violation of 21 U.S.C. § 841(a)(1), and possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c). Following this conviction, he was sentenced to a total of 262 months in prison, to be followed by 5 years of supervised release. His prison sentence was later reduced to 120 months. After serving the prison portion of his sentence, Defendant began his term of supervised release on April 29, 2015.

     Defendant is now charged with violating his supervised release by unlawfully possessing or using cocaine as demonstrated by a urine specimen he submitted on March 7, 2016, that tested positive for cocaine.

     Defendant freely, knowingly, and voluntarily admitted to the above violation and, through counsel, stated his wish to proceed to sentencing as soon as possible. Accordingly, the Court RECOMMENDS that the District Court accept Defendant's admission and find

1

Defendant guilty of committing the violation of supervised release as charged. The Court further RECOMMENDS that this matter be set down for sentencing before U.S. District Judge Daniel T. K. Hurley.

A party shall serve and file written objections, if any, to this Report and Recommendation with U.S. District Judge Daniel T. K. Hurley, within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. *See U.S. v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982) cert. denied, 460 U.S. 1087 (1983).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 4th day of April, 2016.

```
_____
DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE
```