## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  06-80153-CR-HURLEY

UNITED STATES OF AMERICA,
        Plaintiff,

v.

JAMES ROMAN,
        Defendant.

-------------------------------------------/

### ORDER ADOPTING REPORT AND
### RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** comes before the court upon written report from the United States

Probation Office that the above named defendant violated the conditions of supervision and upon

the Report and Recommendations of a United States Magistrate Judge, [DE 51].  Upon

consideration, it is

        **ORDERED** and **ADJUDGED** that:

        1.  The Magistrate Judge's Report and Recommendations is **adopted**.

        2.  A sentencing hearing will be conducted on **Wednesday, April 13, 2016,** at **11:00 a.m.**

in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

        **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 8th day of

April, 2016.

**Copies furnished:**
All Counsel of Record

_____
Daniel T. K. Hurley
United States District Judge